# EXHIBIT A

| **Summons** | CIVIL DOCKET NO. 2085CV429A | **Trial Court of Massachusetts** **The Superior Court** |
|---|---|---|

CASE NAME:

Charles Hopkins

Plaintiff(s)

vs.

Agilysys NV, LLC and Ramesh Srinivasan

Defendant(s)

Dennis P. McManus    Clerk of Courts
Worcester            County

COURT NAME & ADDRESS:
Worcester Superior Court
225 Main Street
Worcester, Massachusetts 01608

THIS SUMMONS IS DIRECTED TO **Ramesh Srinivasan** (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the **Worcester Superior** Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, Superior Court 225 Main Street, Worcester, MA 01608 (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 50 Congress Street, Suite 540, Boston, MA 02109

3. **What to include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Mass. R. Civ. P. 12. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. JUDITH FABRICANT , Chief Justice on ~July 23~ , 20 20 . (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ . I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____          Signature: _____

### N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|

**PLAINTIFF(S):** Charles Hopkins

**ADDRESS:** Worcester, MA

**COUNTY** Worcester

**DEFENDANT(S):** Agilysys NV, LLC and Ramesh Srinivasan

**ATTORNEY:** Raven Moeslinger

**ADDRESS:**

Law Office of Nicholas F. Ortiz, P.C., 50 Congress Street, Suite 540 Boston, MA 02109

**ADDRESS:**

Agilysys NV. LLC:  1000 Windward Concourse, Suite 250, Alpharetta, GA 30005

Srinivasan:  Las Vegas, Nevada

**BBO:** 687956

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A01 | Services, Labor, and Materials | F | ☒ YES  ☐ NO |

**\*If "Other" please describe:**

Is there a claim under G.L. c. 93A?  ☐ YES  ☒ NO

Is this a class action under Mass. R. Civ. P. 23?  ☐ YES  ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .................................................................................................... $
2. Total doctor expenses ..................................................................................................... $
3. Total chiropractic expenses ............................................................................................. $
4. Total physical therapy expenses ..................................................................................... $
5. Total other expenses (describe below) ........................................................................... $
                                                    **Subtotal (A):** $

B. Documented lost wages and compensation to date .......................................................... $
C. Documented property damages to date ........................................................................... $
D. Reasonably anticipated future medical and hospital expenses ......................................... $
E. Reasonably anticipated lost wages ................................................................................. $
F. Other documented items of damages (describe below) .................................................... $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                        **TOTAL (A-F):**$

### CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

Provide a detailed description of claim(s):

**TOTAL: $** 127,385.94 est.

Nonpayment of salary, vacation, commissions, and expenses in violation of state law

**Signature of Attorney/ Unrepresented Plaintiff: X**  */s/Raven Moeslinger*  **Date:** 04/23/2020

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

**Signature of Attorney of Record: X**  */s/Raven Moeslinger*  **Date:** 04/23/2020

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.

SUPERIOR COURT
DEPARTMENT OF
THE TRIAL COURT

)
CHARLES HOPKINS, )
)
Plaintiff, )
) C. A. No.
v. )
)
AGILYSYS NV, LLC and )
RAMESH SRINIVASAN, )
)
Defendants. )
)

## COMPLAINT

Charles Hopkins brings this action against his former employer, Agilysys NV, LLC, and its president and chief executive officer, Ramesh Srinivasan, for the non-payment of earned wages in violation of state wage and hour laws. The crux of this Complaint is that the Defendants failed to pay Mr. Hopkins his earned wages, including salary, vacation, and commissions, on the date of his termination in violation of state law.

## PARTIES

1.     Plaintiff Charles Hopkins resides in Worcester, Massachusetts.

2.     Defendant Agilysys NV, LLC (hereinafter, "Agilysys") is a foreign limited liability company organized under the laws of Delaware with a usual place of business located at 1000 Windward Concourse, Suite 250, Alpharetta, GA 30005.

3.     Defendant Ramesh Srinivasan has, at all relevant times, served as president and chief executive officer of Agilysys and, on information and belief, resides in Las Vegas, Nevada.

1

4.      At all relevant times, Defendant Srinivasan has served as an officer or agent

having the management of Agilysys and, on information and belief, participates to a substantial

degree in formulating the policies of the company.

5.      The defendants employed the plaintiff.

## JURISDICTION

6.      This court has jurisdiction to address this matter pursuant to, *inter alia*, M.G.L. c.

149, § 150 and its inherent common law authority.

7.      The Plaintiff has filed a complaint regarding this matter with the Massachusetts

Attorney General pursuant to M.G.L. c. 149, § 150.

## FACTS

8.      Agilysys is a company that sells hospitality software and services to the general

public.

9.      In 2014, Agilysys hired Mr. Hopkins as an account development executive.

10.     Mr. Hopkins' job duties included selling Agilysys' products and services to

customers.

11.     For his work, Agilysys agreed to pay Mr. Hopkins a salary of $75,000 per year,

commissions, four weeks of paid vacation, and to reimburse him for work expenses.

12.     On April 15, 2020, Agilysys terminated Mr. Hopkins' employment with the

company.

13.     As of the date of his termination, Mr. Hopkins was due earned salary,

commissions, and vacation pay which Agilisys did not pay him on the date it terminated his

employment.

2

### *Hopkins' Unpaid Salary, Vacation, And Expenses*

14.     As of the date of his termination, Mr. Hopkins had performed approximately eight (8) days of work for which he had not been compensated, the equivalent of $2,307.69 in salary.

15.     Agilysys failed to pay Mr. Hopkins his earned and unpaid salary on the date of his termination.

16.     As of his termination date, Mr. Hopkins had accrued and not used at least 46.5 hours of vacation pay, the equivalent of $1,676.68.

17.     Agilysys failed to pay Mr. Hopkins his accrued and unused vacation pay on the date of his termination.

18.     As of Mr. Hopkins' termination date, he had also incurred at least $20,000 in business expenses for which he had not been reimbursed as agreed.

19.     To date, Agilysys owes Mr. Hopkins $3,984.37 in salary and vacation pay and at least $20,000 in expense reimbursements.

### *Hopkins' Unpaid Commissions*

20.     Mr. Hopkins' commission structure was set forth in a document entitled "FY 2020 Commission Incentive Compensation Plan for Agilysys NV, LLC," (the "Commission Plan" or "Plan"), a true and accurate copy of which is attached hereto as Exhibit A and incorporated herein.

21.     Pursuant to the Commission Plan, Mr. Hopkins was due commissions based on the Net ACV Gross Profit, as defined in the Plan (hereinafter, the "gross profit"), of sales he made.

22.     Per the Plan, Mr. Hopkins' commission rate on the gross profit of his sales depended on his year-to-date percentage attainment of his annual sales quota of $2,694,874.19

3

(the "Quota"). Mr. Hopkins was entitled to commissions on the gross profit of his sales as follows:

- a 5.5% commission if he achieved 0-33.3% of his Quota;

- a 6.1% commission if he achieved 33.4-66.7% of his Quota;

- a 6.7% commission he achieved 66.8-100% of his Quota; and

- a 7.7% commission if he achieved over 100% of his Quota.

23.     As of March 31, 2020, Mr. Hopkins had made sales resulting in approximately $2,348,927.07 in gross profit, earning $157,378.11 in commissions. However, as of the date of his termination, Mr. Hopkins had only been paid approximately $69,486.54 of these commissions.

24.     Additionally, between April 1, 2020 and April 15, 2020, Mr. Hopkins made sales resulting in an estimated $282,000 in gross profit, earning an estimated $15,510 in commissions (the "April Commissions").

25.     On the date of Mr. Hopkins' termination, Agilysys told Mr. Hopkins that the company would pay Mr. Hopkins the April Commissions.

26.     All of the foregoing commissions were definitely determined, due and payable.

27.     The commissions were arithmetically determinable, as they were simply a percentage of gross profit.

28.     The commissions were due and payable, as there were no lawful, outstanding contingencies barring their payment.

29.     As of Mr. Hopkins' termination date on April 15, 2020, Agilysys owed Mr. Hopkins approximately $103,401.57 in earned commissions.

4

30.     Agilysys failed to pay Mr. Hopkins the foregoing commissions on the date of his termination.

31.     Agilysis also routinely failed to pay Mr. Hopkins his earned commissions within six days of the pay period in which they were earned.

32.     To date, the defendants owe Mr. Hopkins approximately $103,401.57 in earned commissions, plus interest on other tardy payments.

## CAUSES OF ACTION

### COUNT I

### NON-PAYMENT OF WAGES IN VIOLATION OF M.G.L. c. 149, § 148
### (Against All Defendants)

33.     The Plaintiff hereby realleges and incorporates by reference the facts and allegations contained in the preceding paragraphs of this pleading as if fully set forth herein.

34.     M.G.L. c. 149, § 148 provides:

> Every person having employees in his service shall pay weekly or bi-weekly each such employee the wages earned by him to within six days of the termination of the pay period during which the wages were earned if employed for five or six days in a calendar week […] and any employee discharged from such employment shall be paid in full on the day of his discharge…

35.     The Defendants failed to timely pay the Plaintiff the full amount of his earned wages when the same became due and payable.

36.     The Defendants violated the Weekly Payment of Wages Act, M.G.L. c. 149, §§ 148, 150.

37.     The Defendants' failure to comply with M.G.L. c. 149, § 148 entitles the Plaintiff to recover treble damages, interest, reasonable attorney's fees, and costs pursuant to M.G.L. c. 149, § 150.

5

## COUNT II

### BREACH OF CONTRACT
### (Against Agilysys Only)

38.     The Plaintiff hereby realleges and incorporates by reference the facts and allegations contained in the preceding paragraphs of this pleading as if fully set forth herein.

39.     The Plaintiff and the Defendant were parties to a contract under which the Defendant agreed to and had a duty to pay the Plaintiff wages, including salary, vacation, and commissions, and to reimburse his expenses.

40.     The Defendant breached its contractual duty by failing to pay the Plaintiff those wages due and reimburse his expenses pursuant to the terms of the contract.

41.     The Defendant's breach was material.

42.     As a result of the Defendant's breach, the Plaintiff suffered damage.

43.     The Defendant's breach was both the proximate and actual cause of the Plaintiff's damages.

44.     The Defendant's breach of contract entitles the Plaintiff to recover contract damages, including but not limited to, incidental and consequential damages, and pre-judgment interest from the date of the breach.

## COUNT III

### UNJUST ENRICHMENT
### (Against Agilysys Only)

45.     The Plaintiff hereby realleges and incorporates by reference the facts and allegations contained in the preceding paragraphs of this pleading as if fully set forth herein.

46.     The Defendant received the benefit of the Plaintiff's time, work, and professional skill without compensating him for the same and as Plaintiff legitimately expected.

6

47.     The Defendant was unjustly and unfairly enriched by the amount of the unpaid wages and expenses as well as any profits it has made as a result of the Plaintiff's work.

48.     The Defendant benefited financially from its failure to pay the Plaintiff wages, and, as a result, the Plaintiff suffered damages.

WHEREFORE, the Plaintiff requests that the Court enter final judgment against the Defendants, jointly and severally, awarding the Plaintiff:

1.     Treble damages, interest, reasonable attorney's fees, and costs pursuant to M.G.L. c. 149, § 150 for the failure to pay earned wages;

2.     Contract damages and pre-judgment interest for breach of contract;

3.     Equitable damages for the defendant's unjust enrichment; and

4.     Such other relief that the Court deems just.

## JURY DEMAND

THE PLAINTIFF DEMANDS A TRIAL BY JURY FOR ALL CLAIMS

Respectfully submitted,

CHARLES HOPKINS,
by his attorneys,

*/s/ Raven Moeslinger*

Raven Moeslinger (BBO No. 687956)
Nicholas F. Ortiz (BBO No. 655135)
Law Office of Nicholas F. Ortiz, P.C.
50 Congress Street, Suite 540
Boston, MA 02109
(617) 338-9400
rm@mass-legal.com

Dated:  April 23, 2020

7

# EXHIBIT A

**CONFIDENTIAL**

# FY 2020 Commission Incentive Compensation Plan

for

Agilysys NV, LLC

# Agilysys

# Sales Incentive Compensation Plan

# for

# Charles Hopkins

## EFFECTIVE: April 1, 2019 – MARCH 31, 2020

# TABLE OF CONTENTS

1. Eligibility
2. Effective Dates
3. Accountabilities of Plan Participants
4. Commission Structure
5. Quotas
6. Products and Services Subject to Commission
7. Commissions Advances
8. Customer Non-Payment
9. Region and/or Account Assignments
10. Termination of Employment
11. Account Sharing
12. Effects on Other Benefits
13. Interpretation of Plan
14. Entire Agreement

# ATTACHMENTS

A. **Individual Plan Summary**
B. **Quota and Participant Acknowledgment**

1. **ELIGIBILITY**

Any regular, full-time sales associate employed in the United States by Agilysys NV, LLC ("Agilysys" or the "Company") to solicit sales on behalf of Agilysys who has responsibility for selling in a defined territory and/or market segment with an associated quota is a "Participant" under this Plan if the Company designates such sales associate as a Participant, and may be eligible for Commission payments described in this Plan.  Eligibility of a Participant begins either on the later of: i) April 1, 2019; or ii) the first day of the first full month of employment of a covered sales associate whichever is later.  A full-time sales associate will not be a Participant in this Plan and will not be eligible for any incentive payments unless he or she has signed both (1) the Company Restrictive Covenants Agreement and (2) the Acknowledgment form attached.

Participants are responsible for generating sales of the Company's products to increase revenue realization. The Plan is the only Company document under which eligible Participants shall receive commissions, bonuses, and extra compensation for sales performance.  Except as otherwise provided for herein, Participants will not be eligible for any other commission or bonus programs available to other employees of the Company.

2. **EFFECTIVE DATES**

This Plan shall be effective for Closed Bookings that occur from April 1, 2019, through March 31, 2020 (the "Plan Period").  This Plan supersedes and replaces any previous incentive commission plan that may have applied prior to April 1, 2019, or that may have included the Plan Period, including the Sales Incentive Compensation Plan that was effective from April 1, 2018 through March 31, 2019.  The Company reserves the right to change, amend, suspend or terminate this Plan at any time, with or without advance notice; provided, that any change, amendment, suspension or termination of this Plan will not have effect on Closed Bookings prior to the date of such change, amendment, suspension or termination with respect to any Participant without the Participant's express, written consent.  Any Closed Bookings in the CRM system after March 31, 2020 are not covered by this Plan.  "Closed Bookings" are defined as individual opportunities within the CRM system that reflect an Accounting-approved Closed/Won Validated status and therefore are commission eligible.

3. **ACCOUNTABILITIES OF PLAN PARTICIPANTS**

The general duties of each Participant are to meet or exceed the assigned Net ACV Gross Profit quotas and to enhance the reputation of the Company through professional attention to the following accountabilities:

A.    Each Participant, as a full-time employee of the Company, is expected to devote full time, primary efforts to furthering the Company's business interests.

B.    Each Participant is expected to promote and manage the sale of the products offered by the Company to the exclusion of all products offered by any third party.

C.    Each Participant is required to protect proprietary information of the Company.

D.    Each Participant is responsible to comply with the Company's sales contract review processes and to prepare and submit all reports and documents as prescribed by the Company and complete and update any databases or other CRM systems to reflect accurate and timely sales activities, as required by the Company.

E.    Each Participant is responsible for abiding by and not exceeding the expense budget, if any, assigned to him or her and submitting reimbursable expenses in accordance with applicable Company policies.

F.    Each Participant will attend all business meetings as required.

G.    Each Participant understands and acknowledges that he or she is required to disclose any and all commitments made to any customer, whether made orally or in writing, that are not reflected on the purchase order, quote, supplement, or contract, including without limitation, extended payment terms, return rights, upgrades, refunds, exchanges, bundled services, acceptance criteria, development commitments, service obligations, future discounts, and extended warranties. Failure to disclose these types of commitments or obligations can result in discipline, up to and including termination of employment.

H.    Whenever a Participant deals with another Company executive, a subordinate, or any other Company associate, supplier, customer or governmental agency, he or she has an obligation to act legally & ethically, and solely in the best interest of the Company. This obligation applies not only to those acts formalized by written contracts, but also to the everyday business relationships with other company associates, suppliers, customers, or government agencies.

I.    Any gift, favor, meals or entertainment, whether given or received, should be of such a nature that it would not violate any law or the policies of Agilysys, customers or suppliers and would not place the associate or the Company in a compromising position.

J.    Failure to comply with the terms of this Plan or misuse or manipulation of this Plan, including but not limited to, unauthorized modification of accounts or contracts, whether accomplished by commission of specific wrongdoing or omission of relevant information, or otherwise, may result in disciplinary action, up to and including termination of employment, as well as forfeiture of monies due under this Plan.

The duties above represent a partial listing of the Participant's overall responsibilities. Refer to the Company's U.S Employee Handbook, the Company's Policies & Procedures, the Participant's job description and any and all other policies, directions, and any development or performance improvement plans then in effect for additional information on performance expectations. This Plan governs the payment of compensation for qualifying sales; receipt of payment under this Plan does not necessarily reflect successful performance of the Participant's job functions, or compliance with the Company's Code of Business Conduct, Company Policies & Procedures, or behavior and conduct expectations. Moreover, to be considered acceptable for performance management purposes (as distinguished from compensation calculation), a Participant must achieve quota attainment of 50% by the end of Q2 and 100% by the end of the FY. These standards may change at the discretion of the Company from time to time, including but not limited to sales performance guidelines, and will be communicated. Performance

will be reviewed periodically to ensure success.  Performance achieved below the expectations will result in a performance plan to ensure expectations are met and sustained.

## 4. **COMMISSIONS STRUCTURE**

In addition to the Participant's established base annual salary, and subject to all conditions to earning commissions set forth in this Plan being met, and subject to the other limits set forth in this Plan, a Participant is eligible to earn commissions based on the achievement against his or her assigned Annual quota in the Participant's assigned territory and/or market segment, considering all Closed Bookings and timely collected Closed Bookings sold by the Participant, for the period for which the quota is established.  The sum of the Participant's four Quarterly quotas during the Plan Period is the Annual quota.

This Plan is intended to compensate and create incentives for the cumulative and progressive performance in the Participant's assigned market segment against an Annual quota.  Because a Participant's performance against the Annual quota cannot finally be determined until the conclusion of the Plan Period, commissions are not finally earned (if at all) until the end of the Plan Period.

## 5. **QUOTAS**

Executive Sales Management assigns Annual quotas to each Participant based upon the Average Gross Profit of Closed Bookings as outlined in Attachment A.  The Company reserves the right to adjust all such quotas and/or market segments, in its sole discretion.

*Quota Retirement for Closed Bookings:* Closed Bookings will be credited against the Participant's quota and will be retired as outlined in the Net ACV Gross Profit Quota Retirement Summary as set forth in Attachment A.  Participant will receive 2 times quota retirement for Subscription Services (product line 035), excluding rGuest Stay. Payout will be calculated against the increased Subscription Services quota retirement (e.g., Subscription Services Deal at $100 gross profit = $200 gross profit quota retirement ($100 x 2). Participant will receive 4 times quota retirement for rGuest Stay Subscription Services (product line 035). Payout will be calculated against the increased rGuest Stay Subscription Services quota retirement (e.g., rGuest Stay Subscription Services Deal at $50 gross profit = $200 gross profit quota retirement ($50 x 4).

*Net Annual Contract Value (ACV) Closed Bookings:*  Net Annual Contract Value Bookings means the first-year revenue based on the closed bookings dollar value for Third Party elements and proprietary software and Subscription Services. It is not inclusive of any term of Proprietary Maintenance or Subscription Services after the first twelve months and, for sales of similar products, upgrades and renewals, is reduced by the annual amount the customer paid to the Company for the similar product or prior term (e.g., Subscription Services bookings are reduced by a calculated assumption of Proprietary Maintenance for conversion from on-premise software to Subscription Services).

*Net Annual Contract Value (ACV) Gross Profit:* Net Annual Contract Value Gross Profit means the first year Gross Profit of the ACV Closed Bookings dollar value for products and services. It is not inclusive of any term of Proprietary Maintenance or Subscription Services after the first twelve months and, for sales of similar products, upgrades and renewals, is reduced by the annual amount the customer

paid to the Company for the similar product or prior term (e.g., Subscription Services bookings are reduced by a calculated assumption of Proprietary Maintenance for conversion from on-premise software to Subscription Services).

## 6.  PRODUCTS AND SERVICES SUBJECT TO COMMISSION

*Products and Services Included in the Calculation of Commissions.*  The products and services on which a Participant can earn applicable commissions, including the Commission Rates at which these commissions are earned, are set forth in Attachment A.

*Cancellations and Returns.*  Where a customer cancels an order or returns a product or cancels services purchased from the Company (or a customer accommodation is made for a customer who has decided not to use some Software licensed), the Net ACV Gross Profit dollar amount of the return (or accommodation) will reduce, dollar-for-dollar, a Participant's progress towards his or her quota goals in the month the return (or accommodation) is processed.  The amount of commission previously earned on the cancelled order, returned product, cancelled services, or customer accommodation shall be deducted from commissions earned by the Participant in the month the return (or accommodation) is processed. In the event that the amount of commissions relating to the cancelled order, returned products or cancelled services exceeds the amount of commissions earned but not yet paid to the Participant, additional commissions will not be paid to the Participant until the outstanding balance for the return is recovered by the Company.

*Commission Reports.*  The Company will issue to Participant a monthly report that lists the average Net ACV Gross Profit for Closed Bookings and all commissions that were earned in the previous month.

*Payment of Applicable Commissions.*  The Company will pay earned commissions in accordance with Attachment A and the Company's standard payroll practices (including deductions for 401(k) plan contributions).  All compensation payable to the Participant shall be subject to applicable federal, state, and local withholdings.

## 7.  COMMISSIONS ADVANCES

Commission will be advanced in accordance with the Commission Payment Schedule and Commission Payment Dates set forth in Attachment A.  Participants will be reasonably and appropriately notified if the payment to be advanced cannot be calculated before the scheduled payment date.

Actual, timely collection of Closed Bookings billed is a condition to payment of commissions. Nevertheless, all Participants may be advanced commissions subject to later adjustment as outlined in the Plan, and as authorized by the Participant, in the event the previously advanced commission is not actually earned as a result of customer non-payment.  Similarly, previously advanced commissions not actually earned for reasons other than customer non-payment may be recouped by the Company.

In the event a Participant questions or disputes the commission's calculation, he or she must do so within 30 days of receipt of the disputed commission payment, or notification of the calculation resulting in non-payment, as the case may be.

No benefit or commissions under this Plan may be subject in any manner to alienation, anticipation, sale, transfer (except by will or the laws of descent and distribution), assignment, pledge or encumbrance, nor may any benefit or commissions under this Plan be payable to anyone other than the Participant to whom it was granted (other than by will or the laws of descent and distribution); provided however, commissions may be subject to attachment or garnishment as required by applicable law. This Plan will be binding upon and inure to the benefit of the Company, its successors and assigns and each Participant and his or her beneficiaries, heirs, executors, administrators and legal representatives.

## 8. **CUSTOMER NON-PAYMENT**

For purposes of measuring a Participant against quota and commission payment, the Company reserves the right to deduct any Closed Booking billed but not paid by the customer within 90 days after invoice date, or otherwise written off, from the Closed Booking calculation in the month in which the account becomes 90 days past due or otherwise is written off. Accounting will ensure that the Participant is notified at least 30 days prior to an account being subject to write off to assist in the collection of these accounts. If any portion of the delinquent account subsequently is collected while the salesperson remains employed, the net amount collected will be credited, for purposes of measuring achievement against quota and for commission calculation, to the Participant's Closed Booking in the month in which the delinquent amount is remitted. In the event that any commission advanced and overpaid is substantially higher than the current period's commission advance, the Company may require reimbursement by personal check from the Participant to the Company. Any other repayment arrangement must be approved by the CFO.

## 9. **MARKET SEGMENT ASSIGNMENTS**

Account assignments shall be made by the Company at its sole and exclusive discretion and may be changed at any time, with or without advance notice.

## 10. **TERMINATION OF EMPLOYMENT**

Nothing in this Plan will interfere with or limit in any way the right of the Company to terminate a Participant's employment at any time, nor confer upon any Participant any right to continue in the employ of the Company. Nothing in this Plan is intended, nor shall be construed, to create a contract or guarantee of employment for any specified period of time. This Plan does not in any way restrict the Company's right to terminate the employment and compensation of any Participant at any time, with or without cause, and with or without notice.

Eligibility for compensation under this Plan is conditioned, in part, on the Participant's remaining employed by the Company. A Participant's eligibility for commission payments under this Plan terminates at the end of the last day of completed employment. In the event a Participant's employment with the Company terminates, the Participant will be eligible only for payment of the Initial Payment on commissions on Closed Bookings closed in CRM up to and including the last full month of completed employment. In order to earn and be paid the Second Payment or a True Up Payment on commissions on Closed Bookings closed in CRM up to and including the last full month of completed employment,

the Participant must be employed by Agilysys on the date the Second Payment or True Up Payment is paid. However, if the Participant is terminated by the Company without cause prior to the payment date for the Second Payment or the True Payment, then the employee will remain eligible for the Second Payment or the True Up Payment on the date it is scheduled for payment in accordance with the Commission Payment Dates set forth in Attachment A.

## 11. TRANSFERS

Any Participant covered under this Plan who is transferred to a position not covered under this Plan will be eligible to receive incentive pay on all billed and timely-collected Closed Bookings in CRM in the last full month of employment in this position prior to the date of the transfer. Commissions will be paid under this Plan only in months in which the Participant is employed in a position covered by this Plan throughout the entire month.

## 12. EFFECTS ON OTHER COMPANY BENEFIT PLANS

A. Incentive payments will not be included in the computation of compensation provided for any paid time off benefits. Pay for vacation, sick, and/or personal days will be computed based solely on the Participant's base salary in effect when the time off is taken.

B. The following life and disability benefits as listed below are based on the "Benefit Basis Earnings," which is defined as prior year W-2 income, if full year, otherwise annualized. The benefit may be reduced by deductible sources of income as defined in the plan. Please refer to the plan document for additional information.

1. Basic Life Insurance
2. Accidental Death & Dismemberment Insurance
3. Voluntary Life Insurance
4. Short-term Disability Insurance
5. Long-term Disability Insurance

C. Incentive payments will be subject to regular payroll tax withholdings and withholdings for the Agilysys 401(k) Retirement Savings Plan.

D. Inclusion of any incentive pay under this Plan in the computation of any benefits under any other plan not listed in subparagraphs A, B and C above will be in the sole discretion of the Company.

For more information on benefits, see the Agilysys Benefits Summary.

## 13. GLOBAL ACCOUNTS POLICY

Global accounts are identified and designated as a global account by the SVP of Sales or the regional Managing Director where the global customer is based and managed. A designated global account will be managed by a Global Account Manager who is responsible for the overall revenue performance of the account globally. In that capacity, the Global Account Manager will work to ensure that Agilysys is

DocuSign Envelope ID: 70E15B64E20A6C491043F9FF77B

properly positioned and supported in each Agilysys region to engage with and manage customers and prospects in each region. Potential exceptions to this policy will be evaluated and approved by the regional Managing Director, SVP of Sales and CFO.

Opportunity ownership (sales process), quota retirement, sales commission and revenue recognition will be determined by the physical location of the purchasing property in one of Agilysys' selling regions. The regional office will assign local resources to progress any new sales opportunities and to manage existing customer relationships. The Global Account Manager will provide the necessary support to enable the local Agilysys office to successfully sell and manage the account and will be compensated according to their individual compensation plan. Potential exceptions to this policy will be evaluated and approved by the regional Managing Director, SVP of Sales and CFO.

## 14. <u>INTERPRETATION OF PLAN</u>

The CFO has the sole and exclusive right to interpret and apply the terms of this Plan. Questions or requests for exceptions to any portion of this Plan should be referred to the VP of Finance. The Company also has the sole and exclusive right to change at any time the products, customers, market segments, accounts or incentives assigned to a Participant. The Company also has the sole and exclusive right to change, amend, suspend or terminate this Plan at any time with or without notice.

This Plan will be interpreted in accordance with the laws of the State of Georgia.

## 15. <u>ENTIRE AGREEMENT</u>

This FY 2020 Sales Incentive Compensation Plan supersedes and renders null and void any and all other previous plans, understandings or agreements, whether written or oral, with respect to a Participant's eligibility to receive commissions from the Company with respect to the Plan Period; provided, however, this Plan does not invalidate, and has no effect on, the NDA (Non-Disclosure Agreement) signed by the Participant (if any), the existence and enforceability of which Participant acknowledges and reaffirms (if applicable).

The Company reserves the right to establish other bonuses, contests, awards and incentives at any time, in its discretion. Eligibility for any such bonuses, contests, awards and incentives will be governed by the terms, criteria, and/or rules established by the Company for those bonuses, contests, awards or incentives. Participants in this Plan hereby expressly are excluded from participation in the Agilysys, Inc. Annual Incentive Plan, and any plan that replaces it.

By participating and accepting payments under this Plan, the Participant is consenting to the terms and conditions of this Plan, including the Company's right to recoup overpayments of advanced but unearned commissions through adjustments to commissions payments or reduction of regular base pay.

# **Attachment A**

## **Individual Plan Summary**

### **Net ACV Gross Profit Quota Retirement Summary**

Net ACV Gross Profit for commission advance payment and initial quota retirement calculations will be based upon the Average Gross Profit of the Net (ACV) Closed Bookings at percentages stated below, subject to change at any time based upon company performance at the discretion of the CFO:

- Up-front Proprietary Software: 80%
- First-Year Third Party Software: 20%
- Technical Services: 50%
- All Other Professional Services: 35%
- Third Party Services: 35%
- First-Year Proprietary Maintenance: 65%
- Hardware: 30%
- First-Year Subscription Services (non-IG): 50%
- IG First-Year Subscription Services: 85%

100% of Net ACV Gross Profit will be credited towards quota. All percentages are subject to change at the discretion of the CFO and SVP of Sales. Costs incurred due to free services, freight, software, etc. will reduce your actual Net ACV Gross Profit. Deals with a Net ACV Gross Profit percentage of 20% or less will be reviewed and we reserve the right to reduce the commission paid on such deals.

*Hilton Worldwide Net ACV Gross Profit will be calculated based on the following percentages:
- Technical Services: 10%
- All Other Professional Services: 10%
- Hardware: 20%

**New Logo:** opportunity is a true new logo and is approved by CFO – opportunity must include a proprietary product. License transfers due to customer legal name change or other reason and may require a new Universal Agreement will be defined as Existing Logo – Existing Product.

**Existing Logo - New Product:** true sale of new/different independent proprietary product (cross selling opportunity), and the opportunity must include a proprietary product. If opportunity does not include a proprietary product, it will be defined as Existing Logo – Existing Product. Independent proprietary products are defined below

**Existing Logo - New Site:** existing customer and we expand with our proprietary product to a new location but selling same proprietary product they have at other locations.

10

**Existing Logo – Existing Product:** existing customer at existing site with proprietary product they have already purchased and any opportunity not including a proprietary product. License transfers to a new or different customer location will be defined as existing product. License conversion from Traditional to Subscription Services or Subscription Services to Traditional will be defined as existing product.

## Commission Rates

All deals must be closed by the last day of the month to be credited towards that respective month. The company has the right to adjust this date per month.

## Total Annual Target at 100% of Quota: $165,000

Commissions are calculated as overriding commissions based upon the Qualified Bookings of the Sales Associate and the Annual quota.

Commission Rates accelerate as attainment progresses based on the Tier levels below:

Tier I: 0-33.3% of Annual Quota
Tier II: 33.4-66.7% of Annual Quota
Tier III: 66.8-100% of Annual Quota

Commission Rates on Net ACV Gross Profit for all products to be paid monthly:

| Tier I | Tier II | Tier III |
|---|---|---|
| 0-33.3% YTD Attainment | 33.4-66.7% YTD Attainment | 66.8-100% YTD Attainment |
| 5.5% | 6.1% | 6.7% |

| Overachievement |
|---|
| Over 100% YTD Attainment |
| 7.7% |

Sales Reps will be eligible to sell DMS Signature Capture only. Full Quota attainment and Commission will be earned by the Sales Rep for DMS Signature Capture, excluding DMS deals sold through Daniel Griswold. All other DMS Sales will go through Daniel Griswold. For DMS Sales sold through Daniel Griswold, the Sales Rep listed on the customer account in Salesforce will receive a 2% Commission payout override and no Quota attainment.

All deals below $2 million in Net ACV Gross Profit will be paid at the base rates above. Deals that exceed $2 million will be paid at the base rates for the first $2 million in Net ACV Gross Profit, and 3% for the excess. If the deal is greater than $10 million in Net ACV Gross Profit, it will be reviewed by the CFO and paid out at their discretion. No value greater than $2 million will go towards quota retirement on any one deal.

| Independent Proprietary Products | | | | |
|---|---|---|---|---|
| DMS | LMS | rGuest Seat | V1 Golf | rGuest Service |
| Eatec | LMS Dashboard (IMM) | rGuest Stay | V1 Spa | rGuest Book |
| IG | rGuest Buy | SWS | Proprietary KDS | rGuest OnDemand |
| IG Analytics | rGuest Analyze | V1 | rGuest Express Kiosk | |
| IG Flex | rGuest Pay | V1 Dashboard (IMM) | rGuest Express Mobile | |

| Sales Elements | | |
|---|---|---|
| Third Party | Software Elements | Professional Services |
| 011: Hardware | 021: Software - Proprietary | 031: Services - Proprietary |
| 022: Software Remarketed | 033: Proprietary Maintenance | 032: Services - Remarketed |
| | 035: Subscription Services | |
| | 034: Third Party Warranties and Maintenance | |

## Audit & Commission Payment Dates

| | |
|---|---|
| Initial Payment | 50% paid on Closed Booking based upon average Net ACV Gross Profit. Payment will be made in accordance with the Commission Payment Dates below. |
| Second Payment | 50% paid on Closed Booking based upon average Net ACV Gross Profit. Payment will occur 6 months after initial payment month. |
| True up Payment | An audit will be performed for Closed Bookings.<br><br>Each audit will be rep specific and based on actual invoiced GP by product.<br><br>For the audit period, if costs are not assigned at the opportunity level, base company margins will be used in calculations. For example, service costs are not reflected at the opportunity level. Therefore, base company margins will be used.<br><br>Any difference in commission payments identified as a result of the audit (True Up) will be included or offset, as the case may be, on the next scheduled payment date after completion of the audit.<br><br>True Up will occur only if there are positive or negative variances between average Net ACV Gross Profit and actual Net ACV Gross Profit of greater than 5%.<br><br>True Up will occur in result of a Subscription Services Customers cancelling or renewing early. Payment will revert to the Tier level represented in the chart above and calculated against the remaining months on the contract. |

# COMMISSION PAYMENT DATES

| Month | First 50% Pay Date | Second 50% Pay Date | Prelim Statement for Review | Final Commission Statement Sent | Final Day for Adjustments | Payment Due to Payroll |
|---|---|---|---|---|---|---|
| Apr | 5/24/2019 | 11/22/2019 | 5/6/2019 | 5/13/2019 | 5/15/2019 | 5/16/2019 |
| May | 6/21/2019 | 12/20/2019 | 6/5/2019 | 6/10/2019 | 6/12/2019 | 6/13/2019 |
| Jun | 7/19/2019 | 1/31/2020 | 7/3/2019 | 7/5/2019 | 7/8/2019 | 7/11/2019 |
| Jul | 8/30/2019 | 2/28/2020 | 8/6/2019 | 8/12/2019 | 8/16/2019 | 8/22/2019 |
| Aug | 9/27/2019 | 3/27/2020 | 9/5/2019 | 9/9/2019 | 9/13/2019 | 9/19/2019 |
| Sep | 10/25/2019 | 4/24/2020* | 10/4/2019 | 10/9/2019 | 10/14/2019 | 10/17/2019 |
| Oct | 11/22/2019 | 5/22/2020* | 11/5/2019 | 11/11/2019 | 11/13/2019 | 11/14/2019 |
| Nov | 12/20/2019 | 6/19/2020* | 12/5/2019 | 12/9/2019 | 12/11/2019 | 12/12/2019 |
| Dec | 1/31/2020 | 7/31/2020* | 1/9/2020 | 1/13/2020 | 1/17/2020 | 1/23/2020 |
| Jan | 2/28/2020 | 8/28/2020* | 2/6/2020 | 2/12/2020 | 2/17/2020 | 2/20/2020 |
| Feb | 3/27/2020 | 9/25/2020* | 3/6/2020 | 3/12/2020 | 3/17/2020 | 3/19/2020 |
| Mar | 4/24/2020 | 10/23/2020* | 4/5/2020 | 4/10/2020 | 4/15/2020 | 4/16/2020 |

*Payment dates for FY 2021 have not been finalized and may change

# Attachment B

## Quota & Participant Acknowledgment

In accordance with Section 5, "Quotas," contained in this Plan, Sales Executive Management will communicate each Participant's quota in writing. The Company reserves the right to adjust a Participant's quota in its sole discretion. For FY 2020, your quota at 100% of Net ACV Gross Profit on Closed Bookings to quota is as follows:

**Annual Quota by Quarter:**

| | Net ACV Gross Profit Quota | | | | |
|---|---|---|---|---|---|
| | Q1FY20 | Q2FY20 | Q3FY20 | Q4FY20 | Total |
| Total | 673,468.55 | 673,468.55 | 673,468.55 | 673,468.55 | 2,693,874.19 |
| Tier I | 673,468.55 | 224,489.51 | | | 897,958.06 |
| Tier II | | 448,979.04 | 448,979.02 | | 897,958.06 |
| Tier III | | | 224,489.53 | 673,468.53 | 897,958.06 |

DocuSign Envelope ID: 7C... A5E... 45204... 4C... 40104... 77E9

## Participant Acknowledgment:

I acknowledge that I have received and reviewed a copy of the FY 2020 Sales Incentive Compensation Plan applicable to me effective April 1, 2019 and this Quota and Participant Acknowledgment. I will adhere to the Plan while pursuing my sales job responsibilities.

I hereby authorize the Company to make all necessary withholding for taxes, and specifically acknowledge that, pursuant to IRS regulations, all commissions and quarterly incentive bonus payments paid under this Plan are taxed at the supplemental earnings rate established by the IRS, and are also subject to any state, local, Medicare and Social Security tax. I also authorize deductions for 401(k) plan contributions.

I further authorize the Company to recoup, through reduction of my commission payments, any and all overpaid commissions advanced to me but not actually earned. I acknowledge that questions or disputes I might have about my commissions must be raised no later than 30 days from my receipt of the commission payment or notification of calculation that results in non-payment.

I further acknowledge and reaffirm my agreement to the Company's Code of Business Conduct, Business Computing Policy & Guidelines, Insider Trading Policy, Employee Handbook, and Restrictive Covenants Agreement. I understand that this Plan does not constitute a contract or guarantee of employment or pay, that the Company may change the Plan at any time, and that I remain an employee-at-will of the Company.

Charles Hopkins

Account Development Executive

Print Name

Title/Position

*Charles Hopkins*

4/24/2019 | 4:38:09 PM EDT

Signature

Date

**Please scan this completed and signed Acknowledgement Form to Meaghan Mohr at meaghan.mohr@agilysys.com. Signed Plans not received authorize the company to hold commission payments until received.**